Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 24−20963−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David W Ludder
   11 Wood Duck Cove
   Oak Ridge, NJ 07438

Social Security No.:
   xxx−xx−1450

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          1/22/25
Time:         08:30 AM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 5, 2024
JAN: dlr

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-20963-SLM
David W Ludder     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Nov 05, 2024     Form ID: 132     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | David W Ludder, 11 Wood Duck Cove, Oak Ridge, NJ 07438-8882 |
| 520446519 | | American Express, 790408, Saint Louis, MO 63179-0408 |
| 520446529 | + | Morristown Medical Center, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520446534 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Division of Taxation, Corp Service Audit-B, PO Box 277, Trenton, NJ 08695 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520446518 | | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 20:50:07 | American Express, PO Box 360001, Ft Lauderdale, FL 333360001 |
| 520446520 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2024 20:39:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520446521 | + | Email/Text: bankruptcy@certifiedcollection.com | Nov 05 2024 20:37:00 | Certified Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520446523 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 05 2024 20:39:25 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520446524 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 05 2024 20:37:00 | GreenSky Credit, Attn: Bankruptcy, 5565 Glenridge Connector Ste 700, Atlanta, GA 30342-4796 |
| 520446525 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 05 2024 20:39:20 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 520446522 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 05 2024 20:39:03 | Chase Home Finance, PO Box 78420, Phoenix, AZ 85062-8420 |
| 520446526 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2024 20:39:55 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520446527 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2024 20:39:51 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 520446528 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 05 2024 20:37:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520446530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2024 20:50:22 | Portfolio Recovery Associates, LLC, Attn: |

Case 24-20963-SLM    Doc 8    Filed 11/07/24    Entered 11/08/24 00:13:36    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: 132 | Total Noticed: 24 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520446531 | Email/Text: signed.order@pfwattorneys.com | Nov 05 2024 20:36:00 | Pressler and Pressler, L.L.P, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 520446532 | Email/Text: DeftBkr@santander.us | Nov 05 2024 20:37:00 | Santander Bank, PO Box 16255, Reading, PA 19612-6255 |
| 520446533 | ^ MEBN | Nov 05 2024 20:33:09 | Select Portfolio Servicing, Attn Customer Advocacy Dept, PO Box 551170, Jacksonville, FL 32255-1170 |
| 520446535 | ^ MEBN | Nov 05 2024 20:33:03 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520446536 | ^ MEBN | Nov 05 2024 20:31:43 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520446537 | + Email/Text: wfmelectronicbankrupcynotifications@verizonwireless.com | Nov 05 2024 20:36:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 520446538 | + Email/Text: bkfilings@zwickerpc.com | Nov 05 2024 20:38:00 | Zwicker & Associates, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joan Sirkis Warren | on behalf of Debtor David W Ludder joan@joanlaverylaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3