JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ  07840

Re:   DAVID W LUDDER
      11 WOOD DUCK COVE
      OAK RIDGE,  NJ  07438

Atty:   JOAN SIRKIS WARREN
        LAVERY & SIRKIS
        699 WASHINGTON STREET
        SUITE 103
        HACKETTSTOWN, NJ  07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-20963

### RECEIPTS AS OF 01/01/2025     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/11/2024 | $1,500.00 | | | | |

**Total Receipts: $1,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 180.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 36,815.18 | 0.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 39,628.13 | 0.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE NA | UNSECURED | 5,037.67 | 0.00% | 0.00 | 0.00 |
| 0005 | JPMORGAN CHASE BANK NA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,067.83 | 0.00% | 0.00 | 0.00 |
| 0007 | GREENSKY INC #3877 | UNSECURED | 33,539.55 | 0.00% | 0.00 | 0.00 |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 1,086.95 | 0.00% | 0.00 | 0.00 |
| 0009 | RESURGENT CAPITAL SERVICES | UNSECURED | 3,270.99 | 0.00% | 0.00 | 0.00 |
| 0010 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,454.01 | 0.00% | 0.00 | 0.00 |
| 0011 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 10,839.38 | 0.00% | 0.00 | 0.00 |
| 0012 | MORRISTOWN MEDICAL CTR | UNSECURED | 250.00 | 0.00% | 0.00 | 0.00 |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,147.38 | 0.00% | 0.00 | 0.00 |
| 0015 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 10.00 | 100.00% | 0.00 | 0.00 |
| 0016 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition A | 83,409.11 | 100.00% | 0.00 | 0.00 |
| 0017 | STATE OF NJ DIVISION OF TAXATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | TELECOM SELFREPORTED | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | UTILITY SELFREPORTED | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-20963**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 887.10 | 0.00% | 0.00 | 0.00 |
| 0024 | JPMCB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | TELECOM SELFREPORTED | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $180.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $1,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $180.00    =    Funds on Hand: $2,820.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.