Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.:  24−20963−SLM
> Chapter:  13
> Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  David W Ludder
  11 Wood Duck Cove
  Oak Ridge, NJ 07438

Social Security No.:
  xxx−xx−1450

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 23, 2025.

Dated: January 23, 2025
JAN: mcp

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20963-SLM |
| David W Ludder | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 23, 2025 | Form ID: plncf13 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David W Ludder, 11 Wood Duck Cove, Oak Ridge, NJ 07438-8882 |
| 520446519 | | American Express, 790408, Saint Louis, MO 63179-0408 |
| 520486938 | | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520446529 | + | Morristown Medical Center, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520446534 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Division of Taxation, Corp Service Audit-B, PO Box 277, Trenton, NJ 08695 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520446518 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2025 21:21:27 | American Express, PO Box 360001, Ft Lauderdale, FL 333360001 |
| 520484939 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2025 21:09:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520446520 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2025 20:58:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520481568 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2025 21:21:08 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520446521 | + | Email/Text: bankruptcy@certifiedcollection.com | Jan 23 2025 21:02:00 | Certified Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520446523 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2025 21:10:00 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520508970 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 23 2025 21:03:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520446524 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 23 2025 21:01:00 | GreenSky Credit, Attn: Bankruptcy, 5565 Glenridge Connector Ste 700, Atlanta, GA 30342-4796 |
| 520446522 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2025 21:10:19 | Chase Home Finance, PO Box 78420, Phoenix, AZ 85062-8420 |
| 520507649 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2025 20:58:53 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: plncf13 | Total Noticed: 38 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 520446525 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2025 21:21:17 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 520480075 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 23 2025 21:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520482314 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 21:10:15 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520505627 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 20:59:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520446526 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 20:59:31 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520458213 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 20:59:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520481079 | + | Email/Text: bankruptcy@certified-solutions.com | Jan 23 2025 21:02:00 | MORRISTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520446527 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 20:59:22 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 520507631 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 21:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520446528 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 21:02:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520504500 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2025 21:09:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 520446530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2025 21:09:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520446531 | | Email/Text: signed.order@pfwattorneys.com | Jan 23 2025 21:00:00 | Pressler and Pressler, L.L.P, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 520446532 | | Email/Text: DeftBkr@santander.us | Jan 23 2025 21:02:00 | Santander Bank, PO Box 16255, Reading, PA 19612-6255 |
| 520470102 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 23 2025 21:02:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520446533 | ^ | MEBN | Jan 23 2025 20:51:11 | Select Portfolio Servicing, Attn Customer Advocacy Dept, PO Box 551170, Jacksonville, FL 32255-1170 |
| 520446535 | ^ | MEBN | Jan 23 2025 20:50:58 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520446536 | ^ | MEBN | Jan 23 2025 20:49:27 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520501658 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2025 21:10:07 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520446537 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 23 2025 20:59:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 520446538 | + | Email/Text: bkfilings@zwickerpc.com | Jan 23 2025 21:03:00 | Zwicker & Associates, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 33

# BYPASSED RECIPIENTS

Case 24-20963-SLM   Doc 18   Filed 01/25/25   Entered 01/26/25 00:18:49   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: plncf13 | Total Noticed: 38 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520488044 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor David W Ludder joan@joanlaverylaw.com |
| Laura M. Egerman | on behalf of Creditor JPMorgan Chase Bank National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5