**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

September 25, 2025

**Re: Standing Trustee's Notice of Distribution**
     **Case No: 24-20963**

On January 23, 2025 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 25, 2025

**Chapter 13 Case # 24-20963**

Atty:   JOAN SIRKIS WARREN

Re:    DAVID W LUDDER
       11 WOOD DUCK COVE
       OAK RIDGE, NJ  07438

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $147,792.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/11/2024 | $1,500.00 | | 01/07/2025 | $1,500.00 | |
| 02/10/2025 | $1,500.00 | | 03/10/2025 | $1,500.00 | |
| 04/09/2025 | $2,532.00 | | 05/08/2025 | $2,539.99 | |
| 06/09/2025 | $2,532.00 | | 07/14/2025 | $2,532.00 | |
| 08/25/2025 | $2,530.00 | | | | |

**Total Receipts: $18,665.99  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $18,665.99**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,018.62 | |
| ATTY | ATTORNEY | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 36,815.18 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 39,628.13 | * | 0.00 | |
| 0003 | CAPITAL ONE NA | UNSECURED | 5,037.67 | * | 0.00 | |
| 0005 | JPMORGAN CHASE BANK NA | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0006 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,067.83 | * | 0.00 | |
| 0007 | GREENSKY INC #3877 | UNSECURED | 33,539.55 | * | 0.00 | |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 1,086.95 | * | 0.00 | |
| 0009 | RESURGENT CAPITAL SERVICES | UNSECURED | 3,270.99 | * | 0.00 | |
| 0010 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,454.01 | * | 0.00 | |
| 0011 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 10,839.38 | * | 0.00 | |
| 0012 | MORRISTOWN MEDICAL CTR | UNSECURED | 250.00 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,147.38 | * | 0.00 | |
| 0015 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 10.00 | 100.00% | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition | 83,409.11 | 100.00% | 14,508.50 | |
| 0017 | STATE OF NJ | UNSECURED | 808.00 | * | 0.00 | |
| 0018 | TELECOM SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | UTILITY SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 887.10 | * | 0.00 | |
| 0024 | JPMCB | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | TELECOM SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | STATE OF NJ | SECURED | 788.31 | 100.00% | 137.12 | |

**Total Paid:  $18,664.24**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 03/17/2025 | $2,614.97 | 941390 | 04/14/2025 | $2,357.53 | 942866 |
| | 05/12/2025 | $2,390.11 | 944291 | 06/16/2025 | $2,382.60 | 945694 |
| | 08/18/2025 | $2,382.59 | 948604 | 09/16/2025 | $2,380.70 | 949866 |
| STATE OF NJ | | | | | | |
| | 03/17/2025 | $24.71 | 942585 | 04/14/2025 | $22.28 | 944012 |
| | 05/12/2025 | $22.59 | 945454 | 06/16/2025 | $22.52 | 946898 |
| | 08/18/2025 | $22.52 | 949638 | 09/16/2025 | $22.50 | 951003 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 25, 2025.

Receipts: $18,665.99         -    Paid to Claims: $14,645.62    -    Admin Costs Paid: $4,018.62    =    Funds on Hand: $1.75

Base Plan Amount: $147,792.00        -    Receipts: $18,665.99            =    Total Unpaid Balance: **$129,126.01

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.