JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ  07840

Re:   DAVID W LUDDER　　　　　　　　　　　　　　　Atty:   JOAN SIRKIS WARREN
　　　11 WOOD DUCK COVE　　　　　　　　　　　　　　　　　　　LAVERY & SIRKIS
　　　OAK RIDGE,  NJ  07438　　　　　　　　　　　　　　　　　　699 WASHINGTON STREET
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUITE 103
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HACKETTSTOWN, NJ  07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-20963

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $147,792.00**

## RECEIPTS AS OF 01/15/2026   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/11/2024 | $1,500.00 | | 01/07/2025 | $1,500.00 | |
| 02/10/2025 | $1,500.00 | | 03/10/2025 | $1,500.00 | |
| 04/09/2025 | $2,532.00 | | 05/08/2025 | $2,539.99 | |
| 06/09/2025 | $2,532.00 | | 07/14/2025 | $2,532.00 | |
| 08/25/2025 | $2,530.00 | | 11/03/2025 | $2,539.99 | |
| 01/14/2026 | $2,540.00 | | | | |

**Total Receipts: $23,745.98  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $23,745.98**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 03/17/2025 | $2,614.97 | 941,390 | 04/14/2025 | $2,357.53 | 942,866 |
| | 05/12/2025 | $2,390.11 | 944,291 | 06/16/2025 | $2,382.60 | 945,694 |
| | 08/18/2025 | $2,382.59 | 948,604 | 09/16/2025 | $2,380.70 | 949,866 |
| | 11/17/2025 | $2,364.96 | 952,768 | | | |
| STATE OF NJ | | | | | | |
| | 03/17/2025 | $24.71 | 942,585 | 04/14/2025 | $22.28 | 944,012 |
| | 05/12/2025 | $22.59 | 945,454 | 06/16/2025 | $22.52 | 946,898 |
| | 08/18/2025 | $22.52 | 949,638 | 09/16/2025 | $22.50 | 951,003 |
| | 11/17/2025 | $22.35 | 953,905 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,323.42 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |

**Chapter 13 Case # 24-20963**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 36,815.18 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 39,628.13 | * | 0.00 | |
| 0003 | CAPITAL ONE NA | UNSECURED | 5,037.67 | * | 0.00 | |
| 0005 | JPMORGAN CHASE BANK NA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0006 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,067.83 | * | 0.00 | |
| 0007 | GREENSKY INC #3877 | UNSECURED | 33,539.55 | * | 0.00 | |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 1,086.95 | * | 0.00 | |
| 0009 | RESURGENT CAPITAL SERVICES | UNSECURED | 3,270.99 | * | 0.00 | |
| 0010 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,454.01 | * | 0.00 | |
| 0011 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 10,839.38 | * | 0.00 | |
| 0012 | MORRISTOWN MEDICAL CTR | UNSECURED | 250.00 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,147.38 | * | 0.00 | |
| 0015 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 10.00 | 100.00% | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition A | 83,409.11 | 100.00% | 16,873.46 | |
| 0017 | STATE OF NJ | UNSECURED | 808.00 | * | 0.00 | |
| 0018 | TELECOM SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | UTILITY SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 887.10 | * | 0.00 | |
| 0024 | JPMCB | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | TELECOM SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | STATE OF NJ | SECURED | 788.31 | 100.00% | 159.47 | |

**Total Paid:** $21,356.35
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 16, 2026.

Receipts: $23,745.98   -   Paid to Claims: $17,032.93   -   Admin Costs Paid: $4,323.42   =   Funds on Hand: $2,389.63

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.